LORDSHIP CHRISTIAN CENTER, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STRATFORD

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Vincent P. Adley,* in support of the petition.

*Richard P. Gilardi,* town attorney, in opposition.

Submitted January 3—decided January 9, 1979

ESPERANZA BAGLEY ET AL. *v.* W. JAMES RICE, COMMISSIONER OF THE DEPARTMENT OF COMMUNITY AFFAIRS

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Waterbury is denied by the court.

*David A. Pels,* in support of the petition.

Submitted January 10—decided January 24, 1979

ELAYNE RATICK *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF STRATFORD

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is denied by the court.

*Joseph P. Nucera,* in support of the petition.

*Richard P. Gilardi,* town attorney, in opposition.

Submitted January 25—decided February 2, 1979